THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
MAX NIEBERG, PLAINTIFF IN ERROR.

Argued November 23, 1921—Decided April 28, 1922.

On error to the Supreme Court.

For the plaintiff in error, *Edward Schoen.*

For the defendant in error, *J. Henry Harrison* and *Wilbur Mott.*

PER CURIAM.

The same questions, decided in *State* v. *Solomon,* No. 44 of the November term, 1921, and which resulted in a reversal of the judgment in that case, were involved in the present case, and, consequently, under the decision referred to the present judgment must be reversed.

*For affirmance*—THE CHANCELLOR, TRENCHARD, WILLIAMS, JJ.   3.

*For reversal*—SWAYZE, PARKER, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, GARDNER, VAN BUSKIRK, JJ.   9.